JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BEVERLY, et al.,<br><br>           Petitioners,<br><br>           v.<br><br>UNITED STATES OF AMERICA,<br><br>           Respondent. | CASE NO. 2:18-MC-00023-PA (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition to Quash IRS Summonses, **IT IS ADJUDGED** that the petition is dismissed for lack of jurisdiction and this action is dismissed.

DATED: April 27, 2018

                                              PERCY ANDERSON
                                              United States District Judge